UTAH CITIZENS RATE ASSOCIATION ET AL. *v.*
UNITED STATES ET AL.

No. 712.   Decided April 3, 1961.

*Calvin L. Rampton* for appellants.

*Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick, Charles H. Weston, Robert W. Ginnane*
and *Charlie H. Johns, Jr.* for the United States and the
Interstate Commerce Commission, and *A. U. Miner, L. W.
Hobbs, Bryan P. Leverich* and *Ernest P. Porter* for the
Denver & Rio Grande Western Railroad Co. et al.,
appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.